UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

March 19, 2012

MEMORANDUM TO COUNSEL RE:   <u>Sharp v. Baltimore Police Dept. et al.</u>
Civil No. L-11-2888

Dear Counsel:

On March 16, 2012, the Court convened a teleconference to review the parties' joint discovery plan and proposed schedule and to discuss the possibility of a settlement conference with Chief Magistrate Judge Paul W. Grimm.  This letter order memorializes the agreements reached during the call.

Subject to the following revisions and additions, the Court hereby approves the joint discovery plan and proposed schedule.  <u>See</u> Docket No. 34.  By **March 29, 2012**, the Baltimore Police Department ("BPD") shall submit to Sharp information related to its training modules for the new video recording policy.  By this same date, Sharp shall submit to the BPD a redlined version of General Order J-16 that includes his proposed changes and revisions.  Sharp shall provide the BPD with feedback on the training modules by **April 10, 2012**.

The parties may take one-hour depositions of the principal actors (i.e., Sharp; the unnamed officers; bystanders, including Ms. Chyzhova and Mr. Dudek ).  Counsel shall confer to determine which officers should be deposed.  If necessary, the principal actors may be deposed again in the future.  The depositions shall be completed by **April 30, 2012**.

If counsel have not done so already, they should contact Ms. Lisa Bergstrom in Judge Grimm's chambers as soon as possible to set up a scheduling call for the week of **March 26, 2012**.  The settlement conference will likely be held in the beginning of May.  Ms. Borja will

confer with Mr. Mygatt and Ms. Ogletree, the Department of Justice attorneys who have entered appearances in this case, to see whether they are interested in participating in the settlement talks.  Per Judge Grimm's instructions, <u>ex parte</u> letters will be due one week prior to the settlement conference.  Phase 1B of the joint discovery plan shall be deferred until after the conclusion of the conference.

The Court will separately issue a Federal Rule of Evidence 502 Order.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

_____

Benson Everett Legg
United States District Judge