UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

August 27, 2012

MEMORANDUM TO COUNSEL RE:   <u>Sharp v. Baltimore Police Dept. et al.</u>
Civil No. L-11-2888

Dear Counsel:

The Court has received and reviewed the Baltimore Police Department's ("BPD's") Emergency Motion for Extension of Time to Take Plaintiff's Deposition and the Response thereto. Docket Nos. 59 and 60. For the reasons stated below, the Motion is hereby DENIED.

During the 30-day period of limited phase one discovery aimed at identifying the unnamed police officers who were allegedly involved in the incident, the primary discovery was to come from the BPD pursuant to the Federal Rule of Civil Procedure 30(b)(6) deposition of a BPD designee and related document production. The BPD was also permitted to take the deposition of Mr. Sharp. Mr. Sharp's deposition has already been taken, however, on April 24, 2012. The April deposition apparently generated a transcript of approximately 80 pages of testimony from Mr. Sharp. When Mr. Sharp's deposition is resumed today, the BPD is not permitted to re-plow the same furrows.

The Court's understanding based on the Emergency Motion is that the BPD wishes to interview Kelli O'Neal, a witness to the incident, prior to completing Mr. Sharp's deposition. No depositions other than the two mentioned above were contemplated by the Court as part of phase one discovery, however. The BPD can move for good cause to reopen Sharp's deposition at a later time if necessary. The Court will judge the merits of that application if and when it is

1

filed.  For the time being, the discovery contemplated in the Order dated July 11, 2012 (Docket No. 55) will be completed as scheduled.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                              Very truly yours,

                                   /s/
                            _____
                            Benson Everett Legg
                            United States District Judge