# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **CHRISTOPHER SHARP,** | * |
| **Plaintiff,** | * |
| v. | *   **CASE NO: 1:11-cv-02888-BEL** |
| | * |
| **BALTIMORE POLICE DEPARTMENT,** *et al.,* | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Mark H. Grimes, Esquire, pursuant to Local Rule 101(2), respectfully requests leave of court to withdraw his appearance in the above-captioned case and states the following:

1. Counsel no longer represents the Baltimore Police Department, Anthony Batts, or any other defendant named in this action.

2. Daniel C. Beck, Esquire, Christopher R. Lundy, Esquire, and Kara Lynch, Esquire remain as counsel of record for the above referenced Defendants.

3. The Plaintiff will not be prejudiced if this Court allows the undersigned counsel to withdraw his appearance from the record.

WHEREFORE, Mark H. Grimes, Esquire requests his appearance be withdrawn.

Respectfully submitted,
/s/
Mark H. Grimes (26644)
Chief Solicitor
mark_grimes@baltimorecity.gov

**BALTIMORE CITY LAW DEPARTMENT**
100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: 443-984-7303
Facsimile:  410-539-0536

*Attorneys for Baltimore Police Department and Anthony Batts*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2013, a copy of the foregoing served on all parties of record via the court's electronic filing system.

/s/
Mark Grimes (26644)