FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 APR -8  A 11: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____  _____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER SHARP,

Plaintiff,

vs.

BALTIMORE CITY POLICE DEPARTMENT,
*et al.*

Defendants.

Civil Action No. 11-cv-02888-CCB

## ORDER

It is, this 8th day of April, 2014, by the United States District Court for the District of Maryland, ORDERED:

That the STIPULATION OF DISMISSAL is GRANTED;

That the settlement agreement attached to this order is INCORPORATED INTO THIS ORDER; and

That all of Sharp's claims against Defendants Baltimore City Police Department and Commissioner Anthony W. Batts in this matter are hereby DISMISSED WITH PREJUDICE subject to the Court's continuing jurisdiction to enforce compliance with the settlement agreement incorporated into this order.

By: _____

Hon. Catherine C. Blake
Judge, United States District Court for the
District of Maryland

## CERTIFICATE OF SERVICE

I certify that on April 7, 2014, I filed the STIPULATION OF DISMISSAL, in accordance with the electronic-filing procedures adopted by this Court.

By: _____/s/_____
Craig Smith